IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DELLWAYNE PRICE, | * |
| Plaintiff, | * |
| v. | Case No. 5:21-cv-97-MTT |
| | * |
| SYLVESTER BURTON ET AL, | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to the jury verdict dated April 17, 2023and for the reasons stated therein, JUDGMENT is hereby entered in favor of the Defendants.

This 18th day of April, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk